LYOLES REALTY CORPORATION, Appellant, v. JOHN M. CANNELLA, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.